No. 58, Misc. KENDRICK *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roger E. Venturi,* Deputy Attorney General, for respondents.

No. 62, Misc. USSERY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 65, Misc. HINDMARSH *v.* UNITED STATES; and
No. 66, Misc. HINDMARSH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William J. Dammarell* for petitioner in each case. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States in both cases.

No. 67, Misc. McKINNEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 69, Misc. STRAIN *v.* GOSLIN, SHERIFF. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *William P. Schuler,* Second Assistant Attorney General, for respondent.

No. 71, Misc. LIMON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Don Jacobson,* Deputy Attorneys General, for respondent.